UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

NORA CATHERINE ARJIMO,   Case No. 22-10550-t7
                         Chapter 7
    Debtor.

## NOTICE OF STATUS CONFERENCE

Notice is hereby given that a status conference will be held on **Thursday, September 22, 2022 at 9:30 a.m.**, before the Honorable David T. Thuma, Jemez Courtroom, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd NW, 5th Floor, Albuquerque, New Mexico, on:

*Doc. 27 – Chapter 7 Trustee's Objection to Debtor's Exemptions, filed 8/29/2022*

Appearing by telephone: Counsel/parties may appear via telephone if a request is made in advance by calling the chambers of Judge Thuma at (505) 600-4640 or by e-mail to thumastaff@nmb.uscourts.gov.

    Respectfully submitted,

    MAZEL LAW, LLC

    By: *s/ Filed electronically*
        Edward A. Mazel
        PO Box 21151
        Albuquerque, New Mexico 87154
        (505) 228-6042 (phone)
        (505) 672-7086 (fax)
        ed@lawmazel.com
    *Attorney for Chapter 7 Trustee*

This certifies that on September 8, 2022, a copy of the foregoing pleading was served by the Bankruptcy Court's electronic filing system on all parties who have entered an appearance in this case and mailed by US First Class mail to:

Nora Catherine Armijo
Pro Se Debtor
9400 Reba Ave. SW
Albuquerque, NM 87121.

*s/ Filed electronically*
Edward A. Mazel