UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: Nora C. Armijo, Case No. 22-10550-t7

Debtor(s).

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Attorney Leslie D. Maxwell of Maxwell & Gilchrist, P.C. enters an appearance under FED. R. BANKR. P. 9010(b) in the above captioned bankruptcy case on behalf of Debtor(s). Attorney requests that the clerk of the Bankruptcy Court add Maxwell & Gilchrist to the mailing matrix in this bankruptcy case and provide electronic notice of all documents filed in the bankruptcy case.

Respectfully submitted by:
MAXWELL & GILCHRIST, P.C.

Leslie D. Maxwell
7007 Wyoming Blvd. NE, Ste. A1
Albuquerque, N.M. 87109
Telephone:
e-mail: lmaxwell@maxwellgilchrist.com
*Attorney for Debtor(s)*

Under NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(2)(E) and 5(b)(3), I certify that I served the foregoing document on Monday, September 19, 2022, via the notice transmission facilities of the case management and electronic filing system of the Bankruptcy Court, on all parties entitled to receive electronic filings.

Leslie D. Maxwell